IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARTY HERNDON,
        Petitioner,
   v.                              **Judgment in a Civil Case**
TRACY JOHNS,
        Respondent.            Case Number: 5:11-H.C.-2092-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
Marty Herndon  99766-071, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)
Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)

August 22, 2012                          /s/ Julie A. Richards
                                               Clerk

Raleigh, North Carolina